IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00189-WDM

UNITED STATES OF AMERICA, Plaintiff,

v.

ANTHONY MARTINEZ, Defendant.

## ORDER

IT IS HEREBY ORDERED THAT the United States Attorney shall release to Defense Counsel the following grand jury materials relating to each and every grand jury that heard evidence, argument, colloquy, or discussion of any kind concerning the investigation and/or indictment of Mr. Martinez:

a. any and all records and papers used by the jury commission or clerk in connection with the grand-jury selection process;

b. all records maintained by the Court and/or the government concerning grand jurors' attendance, *i.e.*, attendance lists by names of jurors, at each session during which Mr. Martinez's investigation and/or indictment was in any way discussed;

c. all records maintained by the Court and/or the government concerning votes taken by grand jurors concerning Mr. Martinez's indictment;

d. all records possessed by the Court or the government concerning grand-juror ethnicity; and

e. transcripts of all testimony, argument, colloquy, or other discussion relating in any way to Mr. Martinez.

So Ordered this _14th_ day of _November_, 2007.

_____
Judge